# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS OWENS, | ) | 1:03-cv-05327-LJO-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 38) |
| | ) | |
| v. | ) | ORDER DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11) |
| E. ROE, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | ) | |

On March 17, 2003, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1). On June 26, 2003, Petitioner filed a First Amended Petition. (Doc. 11).

On February 12, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DENIED on the merits. (Doc. 38). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed February 12, 2007 (Doc. 38), is ADOPTED IN FULL;
2. The first amended petition for writ of habeas corpus (Doc. 11), is DENIED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 9, 2007**                                  **/s/ Lawrence J. O'Neill**
b9ed48                                                                       UNITED STATES DISTRICT JUDGE