# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS OWENS, | ) 1:03-cv-05327-LJO-TAG HC |
| Petitioner, | ) ORDER GRANTING PETITIONER'S MOTION TO AMEND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 48) |
| v. | ) |
| E. ROE, | ) ORDER VACATING THE ORDER ADOPTING THE REPORT AND RECOMMENDATION DATED MARCH 12, 2007 (Doc. 44) |
| Respondent. | ) AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 38) |
| | ) ORDER DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11) |
| | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

On March 17, 2003, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1). On June 26, 2003, Petitioner filed a First Amended Petition. (Doc. 11).

On February 12, 2007, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DENIED on the merits. (Doc. 38). This Report and Recommendation was served on all parties and contained

notice that any objections were to be filed within twenty days from the date of service of that order. On March 5, 2007, Petitioner filed his objections. (Doc. 43). Unbeknownst to this Court, the objections were not entered on the Court's docket until March 9, 2007 at 12:33 p.m. The order adopting the Report and Recommendation signed by the District Judge did not reflect that Petitioner had filed objections because Petitioner's objections had yet to be entered on the Court's docket. The order adopting the Report and Recommendation was served on Petitioner and, on April 3, 2007, Petitioner sent a letter to the Court inquiring about whether the Court had received his objections. (Doc. 46). On April 10, 2007, Petitioner filed a motion to amend or alter the order adopting the Report and Recommendation on the grounds that he had timely filed his objections. (Doc. 48).

It appears to the Court that Petitioner timely filed his objections and therefore the original order adopting the Magistrate Judge's Report and Recommendation should have reflected that fact. Therefore, Petitioner's motion to alter or amend the original order adopting the Report and Recommendation will be granted and a new order is issued reflecting that Petitioner filed his objections and that his objections have been duly noted and considered by the Court.

Accordingly, in accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, *including Petitioner's objections*, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to amend or alter the order adopting the Report and Recommendation of February 12, 2007 (Doc. 48), is GRANTED:

2. The order adopting the Report and Recommendation entered on March 12, 2007, (Doc. 44), is VACATED and the judgment entered on March 12, 2007, VACATED;

3. The Report and Recommendation of February 12, 2007 (Doc. 38), is ADOPTED IN FULL after consideration of Petitioner's objections;

1    4.   The first amended petition for writ of habeas corpus (Doc. 11), is DENIED; and

2    5.   The Clerk of Court is DIRECTED to ENTER a new JUDGMENT and close the
         file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   April 19, 2007**                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE