IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS OWENS, | 1:03-cv-5327-LJO-TAG HC |
|     Petitioner, | |
| vs. | ORDER DISREGARDING APPLICATIONS TO PROCEED IN FORMA PAUPERIS AS MOOT |
| E. ROE, | (Docs. 55 & 60) |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On April 23, 2007, Petitioner filed an application to proceed in forma pauperis on appeal. (Doc. 55). On May 24, 2007, Petitioner filed a second application to proceed in forma pauperis on appeal. (Doc. 60). Due to the fact that on May 19, 2003 Petitioner was granted in forma pauperis status for these proceedings (Doc. 6), it is unnecessary and duplicative that Petitioner now request such status again.

Accordingly, IT IS ORDERED THAT Petitioner's applications to proceed in forma pauperis (Docs. 55 & 60), are HEREBY DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated: **June 4, 2007**                           /s/ Theresa A. Goldner
                                                                    UNITED STATES MAGISTRATE JUDGE